NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DERRICK MIKE ALLEN,**

*Plaintiff-Appellant*

**v.**

**WAKE COUNTY PUBLIC SAFETY CENTER, STATE OF NORTH CAROLINA, JOSH STEIN, in his official capacity as Governor of North Carolina, WAKE COUNTY SHERIFF DEPARTMENT, WAKE COUNTY CLERK'S OFFICE, WAKE COUNTY DETENTION CENTER, WAKE COUNTY DETENTION CENTER MEDICAL DEPARTMENT,**

*Defendants*

---

2025-1680

---

Appeal from the United States District Court for the District of Columbia in No. 1:25-cv-00843-UNA, Judge Christopher R. Cooper.

---

PER CURIAM.

**O R D E R**

In response to the court's May 23, 2025 order to show cause, Derrick Mike Allen requests transfer to the United States District Court for the District of Columbia.

Mr. Allen filed a complaint against state and local officials and entities in the United States District Court for the District of Columbia and moved for leave to proceed *in forma pauperis* ("IFP"). On March 27, 2025, the district court ordered Mr. Allen to provide a certified copy of his prison trust account statement or to inform the court that he was no longer in custody. Mr. Allen then filed a notice of appeal directed to this court from "the decision of [the] United States District Judge," ECF No. 1-2 at 1. His motion for IFP before the district court remains pending.

As Mr. Allen recognizes in his response to this court's show cause order, this appeal does not fall within the limited authority that Congress granted this court to review decisions of federal district courts. *See* 28 U.S.C. § 1295(a). While Mr. Allen requests transfer under 28 U.S.C. § 1631, the only court that could have jurisdiction over this case would be the district court because the district court's order identified in the appeal is clearly interlocutory and not yet appealable to any court. *Cf. Roberts v. U.S. Dist. Ct. for N. Dist. of Cal.*, 339 U.S. 844, 845 (1950) (holding that *denial* of an IFP motion is an appealable order).

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 12, 2025
Date